# Court of Appeals
# of the State of Georgia

ATLANTA,   August 23, 2012  

*The Court of Appeals hereby passes the following order:*

**A12A2489.  CORY ROGERS v. VININGS CENTRAL CONDOMINIUM ASSOCIATION, INC.**

Vinings Central Condominium Association, Inc. sued Cory Rogers, seeking to recover past-due assessments and other charges.  The trial court granted summary judgment to Vinings Central, awarding a judgment of $6,965.50, plus $312.50 in costs.  Rogers then appealed directly to this Court.  However, the discretionary appeal procedure is required where a money judgment in an action for damages totals $10,000.00 or less. See OCGA § 5-6-35 (a) (6).  Because Rogers failed to follow the required procedure, his appeal is hereby DISMISSED for lack of jurisdiction. See *Hill v. Rose Electric Co.*, 220 Ga. App. 603 (469 SE2d 844) (1996).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 08/23/2012
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



                             , *Clerk.*